UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                    Chapter 11 (JMP)

    INGRID OLSEN,                     Case No. 04-41105

        Debtor.
------------------------------------------------------------X

## NOTICE OF APPEAL

Rey Olsen, interested party, appeals under 28 U. S. C. § 158(a) from each and every part of the Memorandum/Decision of the Honorable James M. Peck, Judge of the United States Bankruptcy Court for the Southern District of New York, entered on the 5th day of January 2007 (as # 246 on the Docket) and by direction of a panel of the Court of Appeals, in a mandate filed by that Court on November 13, 2006, to the U. S. District Court, Judge P. Kevin Castel, that was referred in turn to J. Peck.

The parties to the Order appealed from and the names of their respective attorneys are:

**419 Apartment Corp.**
Warshaw Burstein Cohen Schlesinger & Kuh, LLP
555 Fifth Avenue, New York, NY 10017 (212) 984-7700

**Ingrid Olsen**
Michael Kennedy Karlson Esq.
315 East 86th Street New York, NY 10028 (212) 348-1276

**Rey Olsen**
*Pro Se*
P. O. Box 7022 New York, NY 10150-7022 (718) 340-3614

New York, New York
Dated: January 15, 2007

/s/ *Rey Olsen*
Rey Olsen, *Pro Se*
P. O. Box 7022
New York, NY 10150-7022
(718) 340-3614