UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                          Chapter 11 (JMP)

        INGRID OLSEN,                                      Case No. 04-41105

                Debtor.
-----------------------------------------------------------------X

## NOTICE OF SUPPLEMENTAL AND AMENDED APPEAL

Rey Olsen, interested party, appeals under Federal Rules of Bankruptcy Procedure Rule 8002(b)(4) and 28 U. S. C. § 158(a), from each and every part of the Order entered on 2/27/07 under Docket # 259; the Judgment entered on 3/1/2007 under Docket # 260; and, the Amended Judgment entered on 3/2/2007 under Docket # 261.

This notice supplements and amends the prior appeal dated January 15, 2007 and entered on 1/16/2007 as Docket # 256 from each and every part of the Memorandum/Decision of the Honorable James M. Peck, Judge of the United States Bankruptcy Court for the Southern District of New York, entered on the 5th day of January 2007 (as # 246 on the Docket) and by direction of a panel of the Court of Appeals, in a mandate filed by that Court on November 13, 2006, to the U. S. District Court, Judge P. Kevin Castel. The receipt # of the prior appeal is 171291.

The parties to the Memorandum/Decision, Order and Judgments appealed from and the names of their respective attorneys are:

**419 Apartment Corp.**
Warshaw Burstein Cohen Schlesinger & Kuh, LLP
555 Fifth Avenue, New York, NY 10017 (212) 984-7700

**Ingrid Olsen**
Michael Kennedy Karlson Esq.
315 East 86th Street  New York, NY 10028 (212) 348-1276

**Rey Olsen**
*Pro Se*
P. O. Box 7022 New York, NY 10150-7022 (718) 340-3614

New York, New York
Dated: March 9, 2007

*/s/ Rey Olsen*
Rey Olsen, Appellant *Pro Se*
P. O. Box 7022
New York, NY 10150-7022
(718) 340-3614

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                Chapter 11 (JMP)

      INGRID OLSEN,                                      Case No. 04-41105

           Debtor.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I am over the age of 18, am not a party to this case; and reside in Queens, NY.

On the 9th day of March 2007, I entrusted the within NOTICE OF SUPPLEMENTAL AND AMENDED APPEAL to the exclusive custody of the U. S. Postal Service in properly postpaid envelopes addressed to the following:

    Warshaw Burstein Cohen Schlesinger & Kuh, LLP
    555 Fifth Avenue, New York, NY 10017 (212) 984-7700

    Michael Kennedy Karlson Esq.
    315 East 86th Street New York, NY 10028 (212) 348-1276

Queens, New York
March 9, 2007

                                                                _____
                                                                 Boris Shala