UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――X

In re: **Ingrid Olsen**

――――――――――――――――――――――X

FROM: KATHLEEN FARRELL-WILLOUGHBY, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO: J. MICHAEL MCMAHON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORDER OF DISMISSAL
FOR
FAILURE TO PROSECUTE
BANKRUPTCY APPEAL

07-CV-7939 (KPC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

IN RE: Ingrid Olsen
DATE OF FILING NOTICE OF APPEAL: 4/6/2006

BANKRUPTCY CASE: **04-41105 (JMP)**

The above-referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to Designation of Items to be included in the Record as required by:

_X_ FRBP 8006
___ Federal Rules of Civil Procedure (Rule _____)
___ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
___ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **September 10, 2007**
New York, New York

Internal Control #:256

Kathleen Farrell-Willoughby, Clerk
U.S. Bankruptcy Court, SDNY

By: _/s/ Lisa Ebanks_
Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated September 14, 2007
New York, New York

_____
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

J. Michael McMahon, Clerk
District Court, SDNY

By: _____
Deputy Clerk